IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Civil Action No. 5:23-cv-00206-FL

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY ) ) ) Plaintiff, ) ) v. ) ) LORI L. BATES, QUINEA S. BASS, ) and NAJATH ALI, as General Guardian ) of minor Q.S.B. ) ) Defendants. ) | **ORDER** |

This matter is before the Court on Plaintiff-in-Interpleader Metropolitan Life Insurance Company's ("MetLife") Consent Motion for Discharge, Dismissal, and Permanent Injunction. Having considered all matters of record, and finding that Defendants consent to the requested relief and good cause exists, the Motion is **GRANTED**. Accordingly, **IT IS HEREBY ORDERED**:

a) That MetLife is **DISCHARGED** from all further liability under the Goodyear Tire & Rubber Company's group life insurance plan (the "Plan") beyond those monies deposited into the Court's Registry in the amount of $56,476.86, which represent the benefits, plus accrued interest, payable under the Plan by reason of the death of Joseph L. Bass (the "Decedent");

b) That MetLife is **DISMISSED WITH PREJUDICE** from this action; and

c) That Defendants Lori Bates, Quinea Bass, and Najath Ali, as General Guardian

of minor Q.S.B., are **PERMANENTLY ENJOINED** and restrained from initiating any other action against MetLife for recovery of benefits payable under the Plan by reason of the death of the Decedent.

**SO ORDERED**, this 15th day of August, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge

Prepared and Presented by:

*/s/ Gemma L. Saluta*
Gemma L. Saluta
N.C. State Bar No. 37032

WOMBLE BOND DICKINSON (US) LLP
One West Fourth Street
Winston-Salem, NC 27101
(336) 721-3600 (telephone)
Gemma.Saluta@wbd-us.com

*Attorney for Plaintiff-in-Interpleader*
*Metropolitan Life Insurance Company*